Oak Hall
Mount Olive Correctional Facility
Mount Olive, West Virginia 25185

July 01, 2013

Ms. Teresa L. Deppner, Clerk
Robert C. Byrd U.S. Courthouse
300 Virginia Street, E., Room 2400
Charleston, West Virginia 25301

RE:    Cyrus v. Ballard
        Civil Action No. 1:12-cv-09341



Dear Ms. Deppner:

    Today, I am submitting exhibits to amend my standing Order Petition that was filed on December 21, 2012, and ENTERED as September 02, 2010 to pursuant to 28 U. S. C. § 2254 in the United State District Court of Southern District of West Virginia. I was informed wrongly in sending the exhibits sooner. Enclosed is the exhibits and a page to indicate what the exhibits are.

    Please send me a copy of the docket sheet acknowledging receipt and amending of exhibits.

    Thank you for your kind consideration of this matter.

    I cordially anticipate hearing from you in the near future.

                                              Sincerely yours,

                                              Harold Lee Cyrus
                                              DOC #43634

Enclosure

cc:    file

## **REFERENCE PAGE**

**Exhibit A**  Transcript page 23 taken from Habeas Corpus November 24, 2008, stating from the alleged victim, that the petitioner *is innocent*.

**Exhibit B**  Transcript page 75 taken from Habeas Corpus November 24, 2008 showing the Counsel for the defendant received a letter from the alleged victim recanting after trial.

**Exhibit C-D**  Updated visitor list showing the alleged victim has been approved visitor since sentencing with reference.

**Exhibit E-F**  The alleged victim has testified numerous times stating the defendant *is innocent* and at a Habeas Corpus hearing, case no. 08-C-322 that was incorporated to another Habeas Corpus hearing, case no. 10-C-84 & 10-C-32-DS to be incorporated together, stating that the alleged victim lied on the petitioner.

**Exhibit G**  Cornerstone Psychologist Report on the alleged victim, page 5, *reveals* "rule out sexual abuse of a child".

**Exhibit H**  Correspondence to the Governor of West Virginia, dated August 17, 2010 from the alleged victim *indicating* the petitioner is *actual innocence* of all crime.

**Exhibit I**  Correspondence to the West Virginia Supreme Court of Appeals/ Judge Robin Davis, dated August 06, 2011 from the alleged victim *indicating* the defendant is *actual innocence* of all crime.

**Exhibit J**  Transcript page 81 taken from Habeas Corpus hearing November 24, 2008, *negative reports* of alleged crime has been known.

**Exhibit K**  *Statement filed* to the Circuit Court of Mercer County, West Virginia October 31, 2012, from the alleged victim stating the *accusations are false* against the petitioner.

TRANSCRIPT TAKEN FROM OMNIBUS HABEAS CORPUS
NOVEMBER 24, 2008

PAGE 23

By Mr. Cooke to the witness Kimberly Stevenson

1     A     Basically in that letter it was saying

2 that he was innocent.

3     Q     Okay. And then you had also written a

4 letter—a letter to Mr. Cyrus' criminal lawyers,

5 Mr. Scantlebury and Mr. Smith. In the letter, what

6 did you say?

7     A     He was innocent in that one also.

**TRANSCRIPT TAKEN FROM OMNIBUS HABEAS CORPUS**
**NOVEMBER 24, 2008**

PAGE 75

1   anything.

2        THE COURT:    All right.    Mr. Cooke, any more

3   questions?

4        Mr. COOKE:    Just one briefly, Your Honor.

5             **CROSS-EXAMINATION**

6   **BY MR. COOKE:**

7        Q.   Mr. Scantlebury, your office had

8   received a letter from Kimberly Stevenson recanting,

9   hadn't she?

10       A.   Oh, yes.  Actually we received it

11  after the trial and I believe shortly after sentencing

12  if my memory's correct.   And we brought

Exhibit C

## West Virginia Division of Corrections
### Inmate Visitor Report

Run Date: 6/12/2013
Run Time: 4:33 PM
Page 1 of 1

**DOC:** 43634 - 1
**Inmate:** CYRUS, HAROLD LEE
**Bed Assignment:** MOCC- OAK- 1- 125- 1

| Application Date | N/C | Approved /Denied | Denied Start Date | Denied End Date | Name | Address | Phone Number | Rel |
|---|---|---|---|---|---|---|---|---|
| 11/11/2009 | N | Y | | | BOLT, ALICE FAYE | PO BOX 491 PINEVILLE, WV 24874- | (304) 732-6390 | FR |
| 08/16/2011 | N | Y | | | CYRUS, VICKIE ANN | RT 4 BOX 333B BLUEFIELD, WV 24701- | (304) 308-4237 | SP |
| 10/06/2008 | N | N-DNB | 10/11/2011 | 10/11/2011 | HALL, ROBIN | RT 5 BOX 300 BLUEFIELD, WV 24701- | (304) 887-8472 | MO |
| 11/20/2011 | N | Y | | | STACY, EPHRAIM EUGENE | RT 4 BOX 333B BLUEFIELD, WV 24701- | (304) 589-3233 | SI |
| 11/20/2011 | N | Y | | | STACY, KIMBERLY RENEE | RT 4 BOX 333B BLUEFIELD, WV 24701- | (304) 589-3233 | DT |
| 01/03/2012 | N | Y | | | WORKMAN, ALICE FAYE | P.O. BOX 491 PINEVILLE, WV 24874- | (304) 732-6390 | SL |

**Count:** 6

End of Report

Exhibit D



Taken 11/09/2008

Taken 03/01/2009

Taken 03/07/2010

Cont. ⟶



Taken 09/17/2011



Taken 09/25/2010

Taken September 25, 2010 Open House



Taken 09/15/2012

TRANSCRIPT TAKEN FROM OMNIBUS HABEAS CORPUS
NOVEMBER 24, 2008

PAGE 24

By Mr. Cooke to witness Kimberly Stevenson

1  Q    Okay. Is that the first time that you

2  visited with him?

3  A    That was the first time I visit.

4  Q    Now, have you done any----have you had

5  any other contact with Mr. Cyrus other than this visit?

6  A    I wrote him a letter.

7  Q    Okay. Just basically just checking up

8  on him?

9  A    Yes.

10 Q    Okay. So this incident that led to

11 Mr. Cyrus' incarceration did not happen?

12 A    No, it did not.

TRANSCRIPT TAKEN FROM OMNIBUS HABEAS CORPUS
NOVEMBER 24, 2008

PAGE 26

CROSS-EXAMINATION

By Ms. Garton to witness Kimberly Stevenson

1     during that trial?

2     A    So you're asking me if I -----you're

3     asking me if I lied in that trial when I was under

4     oath?

5     Q    Yes

6     A    Yes

7     Q    You're admitting to a crime?

8     A    I guess that's a crime.

suggesting her allegiance is to him although his right arm is missing and he cannot reach out toward her.

## CONCLUSION:

Kimberly accused her stepfather of sexual abuse in August 2003 giving a detailed forensic interview. However, she recanted in November 2003. During this evaluation, Kimberly would not discuss the allegations and denied any sexual abuse by the stepfather.

Results of IQ and achievement testing indicate Kimberly is functioning in the Borderline range of intellectual ability. The strength in the Comprehension Subtest of the WISC-III and answers to interview questions indicate that Kimberly does have the ability to differentiate the truth from a lie.

I recommend intensive individual therapy for Kimberly to educate in deep breathing and relaxation techniques to reduce anxiety. I also recommend therapy include education in coping skills, personal boundaries, safe sex, and decision making. If she is returned to her biological mother, they should attend family therapy sessions to promote communication and transition into reunification.

## DIAGNOSTIC IMPRESIONS:

AXIS I:   300.02  Generalized Anxiety Disorder
          995.53  Rule Out Sexual Abuse of a Child

XIS II:   V62.89  Borderline Intellectual Functioning

AXIS III: V71.09  None

AXIS IV:  Social problems
          Educational Problems

AXIS V:   GAF = 58, current

Sherry Hedge, M.A.
Supervised Psychologist

Samantha Mann, M.A.
Licensed Psychologist

August 17, 2010

Joe Manchin III
Office of the Governor
State Capitol
1900 Kanawha Blvd., East
Charleston, W.Va 25305

    I Kimberly R. Stacy need you to know that Harold Lee Cyrus #43643 has been in prision for about 5 years now at Mount Olive Crectional Center, Mount Olive, W.V. The crime that he was put there for, he did not do. I could understaind keeping someone locked up for a lifetime if they had cometted such a crime, for as I have a little boy, and one due in Dec. 2010. But it was not Harold that done the unforgiveable thing to me, it was Chris Smith and John John Brunfield, I was 9 years old old when John John Brunfield raped me, but he told me never to speak of it. I was 13 at the time of Chris, he druged me and then had his way. I've read the hospital reports done by Bluefield that summer, and in it, there is no age, it just says adult male, which at that time

Chris was 18 years old. I tried to tell the courts about Chris, but Debra Gordon, the prosaquator told me to keep my mouth shut about anyone who had raped me or she would not have a case. Bluefield Hospital has all the proff that Chris raped me, but it's in the ware house. I can not get it myself. I was told by Bluefield that I have to have permishion from a judge or lawyer.

Yes I did lie on my step dad and say that he did it, only because my stepsister Victoria told me to go along with her. My grandmother Rosetta Easter told me I could finally live with my big sister, that she took from my mom, and Arbutus Colburtson, she is out for reringe because Harold divorced her. Who could blame him. I told the court that I lied on Harold, but they still don't belive me. Just put yourself in my stepdad's shoes for two seconds, and think about it. Would you want to be placed in a cold cell, sleep on a hard bed, and eat food that even the rats would not eat? All because some people

lied on you, and a girl you raised since she was little, you looked at her as your own. She was told to go along with a horable story about her stepdad. But when time came where she could no longer keep such a lie built up inside her, the court refussed to belive me just because my story changed, from yes it was my stepdad, to no your honor it was really Chris Smith that raped me. I'm 20 years old, I have a wanderful husband, a beautiful baby boy, and another baby boy on the way. Harold Cyrus has suffured long enough for something he did not do. I am honestly tired of having to watch him suffer. Every time I go visit him, it kills me to have to leave and not be able to take him out of that place. I do not ask for much, but I am asking you, please, have Harold Lee Cyrus #43634 released ed midaley. After fighting in court since 2003, it is almost 2011. The court will not listen to me, so I am hopping that you will and open your heart and

on listen. And please let on insent men go free.

Thank you,
Kimberly R. Stacy

Please respond-
Address
Kimberly R. Stacy
Rt 4, Box 333-B
Bluefield, W.Va
24701

Supreme Court of Appeals
of West Virginia
C/o Judge Robin Davis
State Capital, Room E-317
1900 Kanawha Boulevard, East
Charleston, W.Va 25305

August 6, 2011

Dear Judge Davis,
    I am writing this letter because I feel that a few things need to be cleared up. First of all my father Harold Lee Cyrus #43634 is innocent of the things he was charged with and there is proof, such as medical records, showing that Chris Smith is the one that had sex with me. Not my dad. The records was sealed by the court, I know because I tried to get them and they told me that I could not have them even through they were about me. I have been to all of the hearings. Even on the stend. I've told the court over and over again that Harold is innocent. I could understand keeping him locked up if he had done

such a crime. But Right now he is spending preshes moments of his life behind bars for what Chris done. Yea, Chris got a whole three months in jail and one year probashion. But that was for taking a 13 year old over stateline and giving drugs. They said that they lost the eveadence, but they are at Bluefield Hospital in the warehouse. I remember setting in the judges chamber with Victoria my step sister, and going over everything to make sure I had the story right. Tori told some horable lies, and I knew it so I told them that she was lieing. And they told me to keep it quite. And when I said something to Debra Gordion about Chris, she told me to keep his name out of this or her case is done. I don't know what you would have done, but I know that I was sceared so I was doing what I was told. But I have to say that Tori wasn't alone, she had my grandmother (Rosetta) and her mom (Arbutus Coleburton),

She's Harold's first wife. They never got along. She injoyed causing trouble. This maybe hard to belive but when you se around her for a while you get to know her. You would understand. Judge Davis, I don't know if you've ever told such a horable lie that it eats at you, untile you can't bare it no more, but the lie I told on my dad for Tori; litterly ate me alive. I was at my breaking point and I finally told the truth. Put yourself in Harold's shoes for a moment, and think about how it must be to sleep in a cold cell on a steal bed, and eat horable rotten food that a rat wouldn't touch. I have told the Courts over and over again that Harold didn't hurt me in any way. They wont listen. So now I'm hoping and praying that you will listen to me.

Thank you,
Kimberly R.
Macy

Please Respond
Kimberly R. Stacy
Rt 4 Box 333B
Bluefield, W. Va
24701

