**TRANSCRIPT TAKEN FROM OMNIBUS HABEAS CORPUS**
**JANUARY 06, 2011**

FILED OCT - 1 2013 TERESA L. DEPPNER, CLERK U.S. District Court Southern District of West Virginia

81

1   go.

2           THE COURT: And here you had him pinned down.
3   It's in black and white. So why would you give him a
4   chance to come in and back down from his black and
5   white? I could speculate and I could say things, but
6   I'm not going to say them. But I will say, no
7   defendant could have gotten any better from Dr. Wallace
8   than Mr. Cyrus in his black and white saying there's
9   ain't no sexual abuse. I don't see how that could get
10  better.

11          Again, that's my personal opinion based on
12  watching him in here.

13          Well, here's the thing. I take these things
14  very serious. Maybe you think I don't but I do. It
15  takes me a while to do them. I do 60, 70 80 page
16  orders.

17          There's two things that haunt me about this
18  job. I use to say one but now there's two. One is,
19  have I ever put a kid in a dangerous situation. When I
20  came into this job I'd never really had much experience
21  in abuse and neglect and things like that. But I've
22  watched this and see how children are so fragile and

A285