Judge David A. Faber
Cyrus v. Ballard
Case # 1:12-cv-09341

**FILED**
MAY 15 2014
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

5/10/14

Hi, my name is Kimberly Renee Stacy (Stevenson). I'm Harold Lee Cyrus's stepdaughter doc# 43634. I've call your office a couple times. I was hoping to set a time to speak with you in person. I have one other person that is witness that Harold is innosant. Her name has never been put out as for as I know. Robin D. Hall, she was with me in Bland County the night everything happened. I've been tring to locate the rape kit done by Bluefield Hospital, but it doesn't seem to exzist any more. Judge Frazier put a lock on it, well sealed the medical files back in 2003. Why I'm not sure. Most likely because it shows that Harold Cyrus isn't guilty. I've got papper work that states when Bland County came to pick the kit up, it was no were to be found. There is plenty we can talk about with this case, don't know if you have all the information or not. But if you could contact me and set a time to speak in person, I would gratley apreashate it. And honestly my spelling is horable.
Home phone: 304-589-3164
Cell: 304-888-1762, I always answer one and/or call back. My

cell phone does not get good servas at my house. So call both number til you reach me.

Thank you,
Kimberly R. Stacy

Kimberly R Stacy
Rt 4 Box 333B
Bluefield WV
24701

Cyrus v. Ballard
assigned to Judge David A. Faber
Referred to Magistrate Judge R. Clarke VanDervort

U.S. MARSHALS SERVICE
X-RAYED
BY: