FILED
AUG - 6 2015
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Teresa L. Deppner, Clerk
Robert C. Byrd U.S. Courthouse
300 Virginia St., E. Room 2400
Charleston, W.Va. 25301

Mr. & Mrs. Aley E Cyrus    1:12-9341
P.O. Box 565
Fort Gay, W.Va. 25514

Dear Madam:

To whome it may concern I would like you to send me a copy of this letter if possible, for my records. I want my letter to be a part of the record to be given to the magistrate Judge, and the main Judge Faber.

This has been a hardship on our family. Harold Lee Cyrus's daddy my husban has head & neck cencer and has had it since 2007. We need him hear to help with is daddy and main tain our house and land. He would be a grate help to us.

It would be a blessing that he could see his son before he left this walk of life.

We both are 66 years of age and it is hard for us to do a lot. Harold would help us in so many ways. We love him and miss him.

If the alleged victim has confessed that the alleged crime hasn't even happen with proof. The Circrit Court Judge Swape has admitted The evidence clearly shows there is no crime. In so many words, and he has admitted the Justice System isn't perfect. As a tax payer I want this situation fix. The system has all the proof of the defendent's innocence.

Now if the system will not fix the matter I will go to the media for help and support from the public.

It would pleases us to hear back on this matter as soon as possible.

Sincerely Yours,
Mr & Mrs. Aley L Ayus

Mr & Mrs Alley R. Cyrus
P.O. Box 545
Apple Bay, W.Va. 25514

Teresa L. Toppner, Clerk
Robert C Byrd U.S. Courthouse
300 Virginia St. E., Room 2400
Charleston, W.Va. 25301

CHARLESTON WV 253
04 AUG 2015 PM 3 L

